UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES G. HODGE,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 06-cv-4053-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and a decision having been rendered,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

                  **JUSTINE FLANAGAN, Acting Clerk**

                  **By:s/Deborah Agans, Deputy Clerk**

**DATED:** April 30, 2009

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**